■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. DAVEY, Appellant. (Appeal No. 2.) [21 NYS3d 654]— Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered March 25, 2014. The judgment convicted defendant, upon a jury verdict, of promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Davey* ([appeal No. 1] 134 AD3d 1448 [2015]). Present—Scudder, P.J., Centra, Carni, Valentino and DeJoseph, JJ.